# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SPRINGFIELD SCHOOL COMMITTEE, )<br>  Plaintiff(s)                )<br>                                 )<br>       v.                        )<br>                                 )<br>QUETZAL, DOE, ET AL,             )<br>  Defendant(s)                   ) | CIVIL ACTION NO. 3:08-30132-MAP |

### JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   **IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendants Quetzal Doe, et al, against the plaintiff Springfield School Committee, pursuant to the court's memorandum and order entered this date, granting defendant's cross motion for summary judgment and awarding counsel for defendant Doe attorney's fees in the amount of $4,075.00.

                                        **SARAH A. THORNTON**,
                                        CLERK OF COURT

Dated: June 8, 2009               By /s/ *Maurice G. Lindsay*
                                        Maurice G. Lindsay
                                        Deputy Clerk

(Civil Judgment 2 (Routine).wpd - 11/98)
   [jgm.]